IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL HUDSON                                                              PLAINTIFF

v.                          No. 2:19-cv-160-DPM

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY                                                        DEFENDANT

## JUDGMENT

Hudson's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2020